# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RYAN STREET, | : | Case No. 3:20-cv-187 |
| Plaintiff, | : : | Magistrate Judge Sharon L. Ovington (by full consent of the parties) |
| vs. | : : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : : : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Stipulation to Remand.  (Doc. #14).  The parties agree that the non-disability finding shall be vacated, and this matter be remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Upon receipt of the Court's order, the Appeals Council shall remand the matter to an Administrative Law Judge for further proceedings.  During said proceedings, the medical opinions of record will be reweighed under the relevant regulations, Plaintiff's residual functional capacity will be reassessed, and new vocational exert testimony will be obtained if needed.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #14) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

April 21, 2021                                         *s/Sharon L. Ovington*
                                                                 Sharon L. Ovington
                                                                 United States Magistrate Judge